| | |
|---|---|
| **No. 10-1421** | **September Term, 2012** |
| | SEC-75FR70311 |
| | SEC-Rel43-63351 |
| | SEC-75FR57314 |
| | SEC-75FR57092 |
| | **Filed On: November 13, 2012** [1404408] |

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

    v.

Securities and Exchange Commission,

      Respondent

------------------------------

NASDAQ OMX PHLX LLC, et al.,
                           Intervenors

------------------------------

Consolidated with 10-1422, 11-1001, 11-1065

      **BEFORE:** Chief Judge Sentelle and Circuit Judges Henderson and Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 13, 2012 at 9:30 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Carter G. Phillips, counsel for Petitioners.

    Mark Pennington (DOJ), counsel for Respondent.

    Eugene Scalia, counsel for Intervenor.

 

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                       BY:    /s/
                              Shana E. Thurman
                              Deputy Clerk